William A. Fuhrman (ISB 2932)
Erika P. Judd (ISB 8241)
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho  83701
Telephone:  208-331-1170
Facsimile:  208-331-1529
Email: *bfuhrman@idalaw.com*

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TREASEA PECCHENINO, an individual, and AMY CONVINGTON, an individual, <br><br> Plaintiffs, <br> vs. <br><br> BENJAMIN BRITT, an individual, UNITED PARCEL SERVICE, INC., a foreign corporation, UPS GROUND FREIGHT, INC., a foreign corporation, TFORCE FREIGHT, INC., a foreign corporation, PENSKE TRUCK LEASING COMPANY, a foreign corporation; and John Does 1 through 3, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL TO FEDERAL COURT** |

The Defendants respectfully allege as follows:

1. This notice of removal is filed pursuant to 28 U.S.C. § 1446(a) for the purpose of removing this action from the Fourth Judicial District of the State of Idaho, in and for the County of Ada.

2. Defendants, Benjamin Britt, United Parcel Service, Inc., UPS Ground Freight, Inc., and TForce Freight, Inc., were not formally served with a summons and complaint but were notified

NOTICE OF REMOVAL TO FEDERAL COURT - 1

on or about July 8 , 2022 that a complaint was filed. Defendant Penske Truck Leasing Company was formally served with a summons and complaint on August 6, 2022. A true and correct copy of the Complaint is attached hereto as **Exhibit A.** This action was brought in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, styled and captioned exactly as above, and assigned Case No. CV01-22-09345. Attached hereto in accordance with the District of Idaho Local Rule 81.1, as **Exhibit B**, is a true and correct copy of the docket sheet for Case No. CV01-22-09345.

       3.       Case No. CV01-22-09345 is a civil action in which Plaintiffs seek to recover from Defendants all economic and non-economic damages allowed by Idaho's wrongful death laws.

       4.       Plaintiffs' Complaint alleges, and Defendants therefore informed and believe, that Plaintiff Treasea Pecchenino is an individual residing in Ada County, Idaho.

       5.       Plaintiffs' Complaint alleges, and Defendants therefore informed and believe, that Plaintiff Amy Covington is an individual residing in the State of Arizona.

       6.       Defendant Benjamin Britt is an individual residing in the State of Oregon.

       7.       Defendant United Parcel Service, Inc., is a foreign corporation incorporated in the State of Ohio and has its principal place of business in the State of Georgia. For the purpose of removal, and pursuant to 28 U.S.C. §1332(c), Defendant is not a citizen of the State of Idaho.

       8.       Upon information and belief, an amendment of foreign registration statement was filed with the Idaho Secretary of State's office on May 13, 2021, in which UPS Ground Freight, Inc., was amended to be the entity named Defendant TForce Freight, Inc.(hereinafter "TForce"). TForce is a foreign corporation incorporated in the State of Virginia and has its principal place of business in the State of Virginia. For the purpose of removal, and pursuant to 28 U.S.C. §1332(c), Defendant is not a citizen of the State of Idaho.

NOTICE OF REMOVAL TO FEDERAL COURT - 2

9.  Defendant Penske Truck Leasing Company is a foreign corporation incorporated in the State of Delaware and has its principal place of business in the State of Pennsylvania. For the purpose of removal, and pursuant to 28 U.S.C. §1332(c), Defendant is not a citizen of the State of Idaho.

10. The matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs in that plaintiffs are seeking to recover, among other things, damages in excess of that amount, including special and economic damages.

11. Pursuant to 28 U.S.C. § 1332(a), the federal district courts have jurisdiction of a civil action where the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs and is between citizens of different states.

12. Pursuant to 28 U.S.C. §§ 1332, 1441(a), 1441(b), and 1446, this state court action may be removed to federal district court, in that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there was at the time this action was filed, and there is now, diversity of citizenship between Plaintiffs and Defendant.

13. This Notice of Removal is timely. 28 U.S.C. §1446(b) requires that a notice of removal be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" Defendants, Benjamin Britt, United Parcel Service, Inc., UPS Ground Freight, Inc., and TForce Freight, Inc., were notified of a filed complaint on July 8, 2022, and Defendant Penske Truck Leasing Company was served on August 8, 2022, and applying Fed. R. Civ. P. 6(a), Defendants have until August 8, 2022 and September 5, 2022, respectively, to file their Notice of Removal.

14. In accordance with 28 U.S.C. § 1446(d), after filing this Notice of Removal,

NOTICE OF REMOVAL TO FEDERAL COURT - 3

Defendants will promptly serve written notice of this Notice of Removal on counsel for all parties and will file the same with the Clerk of the Fourth Judicial District of the State of Idaho, in and for the County of Ada; a true and correct copy of the notice is attached hereto as **Exhibit C** and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Defendants pray that the above-entitled action pending against it in the Fourth Juridical District of the State of Idaho, in and for the County of Ada, be removed to the United States District Court for the District of Idaho.

DATED this 8th day of August, 2022.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

By: /s/ *William A. Fuhrman*
William A. Fuhrman, Of the Firm
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2022, a true and correct copy of the above and foregoing document was addressed and delivered as indicated below:

| | |
|---|---|
| John J. Janis | [ ] U.S. Mail, Postage Prepaid |
| Hepworth Holzer, LLP | [ ] Hand Delivered |
| 537 W. Bannock Street, Suite 200 | [ ] Facsimile (208) 343-7510 |
| Boise, ID 83701 | [X] iCourt/E-mail: jjanis@hepworthholzer.com |

/s/ *William A. Fuhrman*
William A. Fuhrman

NOTICE OF REMOVAL TO FEDERAL COURT - 4